# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153293 & (20)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES ROSS WINRICK,
      Defendant-Appellant.

SC: 153293
COA: 329541
Kent CC: 00-012438-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 13, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2016



Clerk

s0525